1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| DARIN HERNANDEZ, | Case No. 13-cv-02989 PSG (SHx) |
| Plaintiff, | **DISCOVERY MATTER** |
| v. | |
| BEST BUY STORES, L.P.; DAMIEN COOK, an individual; and DOES 1 through 250, inclusive, | **PROTECTIVE ORDER RE. CONFIDENTIALITY OF DOCUMENTS & INFORMATION** |
| Defendants. | |
| | Complaint Filed:  March 20, 2013<br>Trial Date:        July 22, 2013 |

# ORDER

GOOD CAUSE APPEARING THEREFOR, the Stipulation for Protective Order Regarding Confidentiality of Documents & Information is hereby approved.

ACCORDINGLY, IT IS HEREBY ORDERED that Plaintiff Darin Hernandez and Defendant Best Buy Stores, L.P. shall obey the provisions of the Stipulation for Protective Order Regarding the Confidentiality of Documents and Information.

**IT IS SO ORDERED.**

Dated: May 05, 2014

*[signature]*
_____
The Honorable Stephen J. Hillman