E-FILED 5/20/14

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIN HERNANDEZ, | Case No. 13-cv-02989 PSG (SHx) |
| Plaintiff, | Hon. Philip S. Gutierrez |
| v. | **[~~PROPOSED~~] ORDER OF PREJUDICIAL DISMISSAL OF ENTIRE LAWSUIT** |
| BEST BUY STORES, L.P.; DAMIEN COOK, an individual; and DOES 1 through 250, inclusive, | |
| Defendants. | Complaint Filed: March 20, 2013<br>FPTC: July 7, 2014<br>Trial Date: July 22, 2014 |

1   Upon consideration of the Stipulation of Voluntary Dismissal with Prejudice
2   submitted by Plaintiff Darin Hernandez and Defendants Best Buy Stores, L.P. and
3   Damien Cook,
4   IT IS HEREBY ORDERED that the above-entitled action is dismissed with
5   prejudice in its entirety.  Each party is to bear its own fees and costs.

DATED: 5/20/14

**PHILIP S. GUTIERREZ**
_____
HON. PHILIP S. GUTIERREZ

1
[PROPOSED] ORDER OF PREJUDICIAL DISMISSAL OF ENTIRE LAWSUIT
13-cv-02989 PSG (SHx)
17223946v.1